**Herbert D. BERKSON, Plaintiff, Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE, et al., Defendants, Appellees.**

No. 03–2115.

United States Court of Appeals, First Circuit.

July 9, 2004.

Herbert D. Berkson, on brief, pro se.

Gina Y. Walcott–Torres, United States Attorneys Office, on appellees' Motion to Dismiss Appeal or for Summary Disposition.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

Herbert D. Berkson, appeals the district court's dismissal of his complaint alleging a cause of action under the Federal Tort Claims Act.

This appeal is dismissed as wholly without merit. Petitioner fails to explain "how or why" the dismissal was "at odds with ... governing law" on any ground. *See Ryan v. Royal Ins. Co. of Am.*, 916 F.2d 731, 734 (1st Cir.1990); *Blake v. Pellegrino*, 329 F.3d 43, 50 (1st Cir.2003); *Acevedo–Garcia v. Monroig*, 351 F.3d 547, 561 (1st Cir.2003). Furthermore, the district court properly dismissed Petitioner's complaint for the reasons stated in its Order.

*Dismissed with prejudice.* Local R. 27(c).